IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM JOHNAKIN and CHRIS     :
YOUNG,     :
    :
         Plaintiffs,     :        CIVIL ACTION NO. 21-5366
    :
    v.     :
    :
PRIME CARE MEDICAL, BERKS     :
COUNTY JAIL SYSTEM, WARDEN     :
JEFFERY SMITH, and CHIEF DEPUTY     :
WARDEN STEPHANIE SMITH,     :
    :
         Defendants.     :

## ORDER

**AND NOW**, this 25th day of March, 2022, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 1), complaint (Doc. No. 2), and prisoner trust fund account statements (Doc. Nos. 6, 7) filed by the *pro se* plaintiffs, William Johnakin and Chris Young; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

    1.     The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED**, and the plaintiffs have leave to proceed *in forma pauperis*;

    2.     William Johnakin, #2017-0799, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The court directs the Warden of the Berks County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Johnakin's inmate account; or (b) the average monthly balance in Johnakin's inmate account for the six-month period immediately preceding the

filing of this case.[1] The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this order to the court with a reference to the docket number for this case. In each succeeding month when the amount in Johnakin's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the clerk of court equaling 20% of the preceding month's income credited to Johnakin's inmate account until the fees are paid. Each payment shall refer to the docket number for this case;

3.        Chris Young, #2020-2992, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The court directs the Warden of the Berks County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Young's inmate account; or (b) the average monthly balance in Young's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this order to the court with a reference to the docket number for this case. In each succeeding month when the amount in Young's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the clerk of court equaling 20% of the preceding month's income credited to Young's inmate account until the fees are paid. Each payment shall refer to the docket number for this case;

4.        The clerk of court is **DIRECTED** to send a copy of this order to the Warden of the Berks County Jail;

5.        The complaint (Doc. No. 2) is **DEEMED** filed;

6.        The complaint (Doc. No. 2) is **DISMISSED WITH PREJUDICE**; and

---

[1] The court understands that Johnakin and Young have been released from custody. The Warden or other appropriate official shall collect and remit the fees for this case should either Johnakin or Young ever be reincarcerated.

7.      The clerk of court is **DIRECTED** to **CLOSE** this case.


BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.